JACOBS, Respondent, v. ALTMAN, Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1898.) Action by Ora C. B. Jacobs against Benjamin Altman. S. Hanford, for appellant. A. Furber, for respondent. No opinion. Judgment affirmed, with costs.

JONES, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Robert A. Jones against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

KEEP et al., Respondents, v. WALSH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Charles H. Keep and others against Maurice G. Walsh and others. No opinion. Motion for leave to appeal to the court of appeals granted, and questions settled, certified, and filed with the clerk. See 54 N. Y. Supp. 1105.

KELLOGG et al., Appellants, v. CHAPMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Samuel B. Kellogg and another, as administrators, etc., against Julia Chapman. No opinion. Judgment and order affirmed, with costs.

KENDRICK et al., Respondents, v. HANSEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Francis M. Kendrick and another against Waldemar Hansen. No opinion. Judgment and order affirmed, with costs.

KENNEDY, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1898.) Action by Michael Kennedy against the Third Avenue Railroad Company. H. R. Limburger, for appellant. W. J. Fanning, for respondent. No opinion. Judgment affirmed, with costs.

KENT, Appellant, v. COOK et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 6, 1898.) Action by James G. Kent against John M. Cook and another, composing the firm of Thomas Cook & Son. No opinion. Order affirmed, with $10 costs and disbursements.

KERR v. METROPOLITAN ST. R. CO. (City Court New York, General Term. February 2, 1899.) Action by John Kerr against the Metropolitan Street-Railroad Company.
PER CURIAM. Judgment affirmed, with costs.

KETCHAM NAT. BANK, Appellant, v. HAGEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by the Ketcham National Bank against Arthur T. Hagen. No opinion. Judgment and order affirmed, with costs.

KILIAN et al., Respondents, v. BURKE, Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by Theodore Kilian and another against James Burke. H. L. Brant, for appellant. E. J. Philips, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

KING v. HOLLAND TRUST CO. et al. (Supreme Court, Appellate Division, Third Department. December 8, 1898.) Action by Barrington King, as receiver, against the Holland Trust Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

KINGMAN, Respondent, v. DUNSPAUGH, Appellant. (Supreme Court, Appellate Division, Third Department. December 8, 1898.) Action by James Kingman against Eve M. Dunspaugh. No opinion. Judgment affirmed, with costs.

LAWRENCE, Appellant, v. DAWSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 6, 1898.) Action by James V. Lawrence, as sole surviving partner of the firm of Lawrence Bros., against John Dawson and William Archer, impleaded, etc., and others. No opinion. Motion for restitution granted. See 54 N. Y. Supp. 647.

LEARNED v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 11, 1898.) Action by Mary E. Learned against the mayor, aldermen, and commonalty of the city of New York. No opinion. Motion granted, with $10 costs. See 48 N. Y. Supp. 142.

LELAND v. LA FRANCE. (Supreme Court, Appellate Division, First Department. December 16, 1898.) Action by William G. Leland against John K. La France. No opinion. Motion for order to show cause granted.

LESZYNSKY v. RED WING, D. & S. C. CONST. CO. (Supreme Court, Appellate Division, First Department. December 30, 1898.) Action by Albert H. Leszynsky against the Red Wing, Duluth & Sioux City Construction Company. No opinion. Motion granted, with $10 costs.

LEWIS, Appellant, v. UPTON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by John T. Lewis against Eli M. Upton and others. No opinion. Order affirmed, without costs to either party.